UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JONATHAN ALVES,

     Plaintiff,

v.

INVENT ANALYTICS, INC.,
INVENT ANALYTICS, LLC, and
GURHAN KOK

     Defendants.

Civil Action No. 1:26-cv-11818

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Invent Analytics, Inc. ("Invent, Inc."), Invent Analytics, LLC ("Invent, LLC"), and Gurhan Kok (together, "Defendants") remove this action from the Suffolk County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts based on the following supporting grounds:

### I.     FACTUAL AND PROCEDURAL BACKGROUND

1.     On or about March 9, 2026 plaintiff Jonathan Alves ("Plaintiff") filed a civil action against Defendants in the Suffolk County Superior Court, Commonwealth of Massachusetts, entitled Jonathan Alves v. Invent Analytics, Inc., Invent Analytics, LLC, and Gurhan Kok, Civil Action No. 2684CV00693 (the "Action").

2.     In the Action, Plaintiff asserts claims for alleged non-payment of wages, breach of contract and unjust enrichment.

## II.    GROUNDS FOR REMOVAL

3.    This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that:

(a)    Plaintiff and Defendants are citizens of different states; and

(b)    The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.    Plaintiff resides in Boston, Massachusetts. He is a citizen of the Commonwealth of Massachusetts.

5.    Defendant Gurhan Kok resides in Kirkland, Washington. He is a citizen of the State of Washington.

6.    Defendant Invent, Inc. is a corporation organized under the laws of the state of Delaware with a principal place of business in Miami, Florida. Accordingly, Invent, Inc. is a citizen of Delaware and Florida. 28 U.S.C. § 1332(c)(1).

7.    Defendant Invent, LLC is a limited liability company. The sole member of Invent, LLC is Invent, Inc. Accordingly, Invent, LLC is a citizen of Delaware and Florida. *See Pramco, LLC ex rel. CFSC Consortium, LLC v. San Juan Bay Marina, Inc.*, 435 F.3d 51, 54 (1st Cir. 2006) (adopting the rule that "the citizenship of a limited liability company is determined by the citizenship of all of its members");

8.    Therefore, there is complete diversity of citizenship among the parties.

9.    In the Action, Plaintiff alleges Defendants failed to pay Plaintiff $381,848.16 in commissions and $5,325.85 in business expenses. Additionally, Plaintiff seeks treble damages against Defendants pursuant to M.G.L. c. 149 s. 150 and attorneys' fees. As such, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

### III.    COMPLIANCE WITH REMOVAL STATUTES

10.    As of the filing of this Notice, Defendant Kok has not been served in the Action.

11.    Defendants Invent, Inc. and Invent, LLC received Plaintiff's complaint on March 31, 2026, via service by mail.

12.    This Notice of Removal is timely under 28 U.S.C. §1446(b) because it has been filed within 30 days of Invent, Inc. and Invent, LLC's receipt of Plaintiff's complaint.

13.    Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served on Invent, Inc. and Invent, LLC are attached as **Exhibit A**.

14.    Pursuant to 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Suffolk County Superior Court, Commonwealth of Massachusetts.  Plaintiff will receive a copy of the notice filed with that court.

15.    Pursuant to Local Rule 81.1(a), the undersigned will request certified or attested copies of all records and proceedings in the Action, and certified or attested copies of all docket entries therein from the Clerk of the Suffolk County Superior Court. Defendants will file the same with this Court within twenty-eight (28) days after the filing of this Notice of Removal.

### IV.    NON-WAIVER OF DEFENSES

16.    By removing this case to the United States District Court for the District of Massachusetts, Defendants do not waive any available defenses, nor do Defendants make any admissions concerning the allegations made in Plaintiff's state-court complaint.

**WHEREFORE**, Defendants Invent Analytics, Inc., Invent Analytics, LLC and Gurhan Kok hereby remove the above-captioned action pending in the Suffolk County Superior Court, Commonwealth of Massachusetts, to this Court.

INVENT ANALYTICS, INC.
INVENT ANALYTICS, LLC
GURHAN KOK

By their attorneys,

*/s/ Jacob A. Tosti*
Jacob A. Tosti (BBO #704007)
SAUL EWING LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
Tel:  (617) 723-3300
Fax:  (617) 723-4151
Jacob.Tosti@saul.com

DATED:  April 20, 2026

4

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on April 20, 2026.

I hereby further certify that on April 20, 2026, a true copy of the foregoing document was delivered by electronic mail and first class U.S. mail, postage prepaid, to Attorney Michael L. Mason, attorney for the Plaintiff, at the following address:

Michael L. Mason, Esq.
Bennett & Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141
Tel: 617-577-8800
mmason@bennettandbelfot.com

*/s/ Jacob A. Tosti*
Jacob A. Tosti

5